**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| ERIC BERGER, JASON LONDRIGAN, LACEY TIMMINS, KEVIN CULBERTSON, MARIA GONZALEZ, and GRACE CONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation,<br><br>Defendant. | Case No.: 1:24-cv-01435-VMC |

**ORDER GRANTING JOINT MOTION TO SET SCHEDULE REGARDING CONSOLIDATED COMPLAINT AND RESPONSE TO CONSOLIDATED COMPLAINT**

Upon Consideration, the Court hereby GRANTS the parties' Joint Motion to Set Schedule Regarding Consolidated Complaint and Response to Consolidated Complaint (Doc. 37). The Court sets the following deadlines:

- Plaintiffs' Consolidated Complaint – to be filed no later than February 21, 2025.

- Defendant's Response to Consolidated Complaint by Answer or Rule 12 Motion – to be filed no later than April 4, 2025.

- Plaintiffs' Opposition to any Rule 12 Motion related to the Consolidated Complaint – to be filed no later than May 2, 2025.

1

- Defendant's Reply in support of any Rule 12 Motion related to the

  Consolidated Complaint – to be filed no later than May 23, 2025.

SO ORDERED this 23rd day of January, 2025.


_____
Victoria M. Calvert
United States District Judge

2