## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ERIC BERGER, JASON LONDRIGAN, LACEY TIMMINS, KEVIN CULBERTSON, MARIA GONZALEZ, and GRACE CONDON, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation,<br><br>        Defendant. | Civil Action<br>No. 1:24-CV-01435-VMC |

## CONSENT MOTION TO EXTEND PAGE LIMIT

Pursuant to Section III(o) of the Court's Standing Order: Guidelines to Parties and Counsel Proceeding Before The Honorable Victoria M. Calvert (Dkt. 19), Defendant Home Depot U.S.A., Inc. ("Defendant") respectfully moves this Court to extend the page limit of the Memorandum of Law in Support of the Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint that Defendant intends to file on April 4, 2025. Specifically, Defendant requests a five-page extension of the page limitation for its Memorandum of Law to thirty (30) pages. In support of this Motion, Defendant states as follows:

1.      On February 21, 2025, Plaintiffs filed their Consolidated Class Action Complaint (Dkt. 40).

2.      Defendant's responsive pleading is due on April 4, 2025.  Thus, this Motion is timely under Section III(o) of the Court's Standing Order (Dkt. 19).

3.      Plaintiffs' Consolidated Class Action Complaint is filed on behalf of six named plaintiffs raising multiple statutory claims under Georgia and California law and seeking to represent a nationwide class of consumers, as well as two California classes of consumers pled in the alternative.  The number of claims at issue, as well as the allegations specific to each named plaintiff, necessitate a brief extension of the 25-page limitation imposed by Local Rule 7.1(D).

4.      Plaintiffs do not oppose this Motion.

5.      This is Defendant's first such request.

6.      Accordingly, Defendant respectfully moves this Court for an order granting Defendant a five-page extension of the page limitation for its forthcoming Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.  Defendant requests that the page limitation for its filing be extended to thirty (30) pages.  A proposed order is attached for the Court's consideration.

Respectfully submitted this 27th day of March, 2025.

/s/ *Lindsey B. Mann*
Lindsey B. Mann (GA Bar No. 431819)
lindsey.mann@troutman.com
W. Alex Smith (GA Bar No. 532647)
alex.smith@troutman.com
Samuel D. Lack (GA Bar No. 749769)
samuel.lack@troutman.com

**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St., N.E., Suite 3000
Atlanta, Georgia 30308
T: 404.885.3000
F: 404.885.3900

Matthew A. Macdonald, *pro hac vice*
matthew.macdonald@wsgr.com
Matthew K. Donohue, *pro hac vice*
mdonohue@wsgr.com
Quincy Rush, *pro hac vice*
qrush@wsgr.com
**WILSON SONSINI
GOODRICH & ROSATI, P.C.**
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
T: 323.210.2900
F: 323.210.7329

John B. Kenney, *pro hac vice*
jkenney@wsgr.com
**WILSON SONSINI
GOODRICH & ROSATI, P.C.**
1700 K Street, NW
Washington, D.C. 20006
T: 202.973.8800
F: 202.973.8899

***Counsel for Defendant
Home Depot U.S.A., Inc.***

**CONSENTED TO BY:**

*/s/ J. Cameron Tribble*
*(with express permission)*
J. Cameron Tribble
GA Bar No. 754759
ctribble@barneslawgroup.com

**THE BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
T: 770-227-6375


Marshal J. Hoda (*pro hac vice*)
marshal@thehodalawfirm.com

**THE HODA LAW FIRM, PLLC**
12333 Sowden Road
Suite B, PMB 51811
Houston, Texas 77080
T: 832.848.0036


Alexander E. Wolf (*pro hac vice*)
awolf@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
T: 872-365-7060


***Counsel for Plaintiffs***

Jonathan M. Streisfeld (*pro hac vice*)
Kristen Lake Cardoso (*pro hac vice*)
streisfeld@kolawyers.com

**KOPELOWITZ OSTROW P.A.**
1 W. Las Olas Blvd. Suite 500
Fort Lauderdale, FL 33301
T: 954-525-4100


Jonathan Shub (*pro hac vice*)
Samantha E. Holbrook (*pro hac vice*)
jshub@shublawyers.com
sholbrook@shublawyers.com

**SHUB JOHNS & HOLBROOK LLP**
Four Towers Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Tel: 610-477-8380

## **<u>CERTIFICATE OF COMPLIANCE</u>**

Pursuant to Local Rule 7.1(D) of the Local Rules for the United States District Court for the Northern District of Georgia, I hereby certify that the foregoing has been prepared in Times New Roman, 14-point font, as permitted by Local Rule 5.1.

This 27th day of March, 2025.

/s/ *Lindsey B. Mann*
Lindsey B. Mann
GA Bar No. 431819
lindsey.mann@troutman.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 27th day of March, 2025, electronically filed the foregoing CONSENT MOTION TO EXTEND PAGE LIMIT with the Clerk of Court using the CM/ECF system, which will automatically serve notification of such filing to all counsel of record.

/s/ *Lindsey B. Mann*
Lindsey B. Mann
GA Bar No. 431819
lindsey.mann@troutman.com