# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIC BERGER, JASON LONDRIGAN, LACEY TIMMINS, KEVIN CULBERTSON, MARIA GONZALEZ, and GRACE CONDON, *individually and on behalf of all others similarly situated*,<br><br>           Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation,<br><br>           Defendant. | Civil Action<br>No. 1:24-CV-01435-VMC |

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND PAGE LIMIT

Upon consideration, the Court hereby GRANTS Defendant's Consent Motion to Extend Page Limit. The page limit for Defendant's Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint to be filed on or before April 4, 2025 is extended to thirty (30) pages.

SO ORDERED this ____ day of _____, 2025.

_____
Victoria M. Calvert
United States District Judge