IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC BERGER, JASON LONDRIGAN, LACEY TIMMINS, KEVIN CULBERTSON, MARIA GONZALEZ, and GRACE CONDON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation,<br><br>Defendant. | Civil Action<br>No. 1:24-CV-01435-VMC |

## DEFENDANT HOME DEPOT U.S.A., INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

Lindsey B. Mann, GA Bar No. 431819
lindsey.mann@troutman.com
W. Alex Smith, GA Bar No. 532647
alex.smith@troutman.com
Samuel D. Lack, GA Bar No. 749769
samuel.lack@troutman.com

**Troutman Pepper Locke LLP**
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Tel: 404.885.3000
Fax: 404.885.3900

Matthew A. Macdonald, *pro hac vice*
matthew.macdonald@wsgr.com
Matthew K. Donohue, *pro hac vice*
mdonohue@wsgr.com

**Wilson Sonsini**
**Goodrich & Rosati, P.C.**
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
Tel: 323.210.2900
Fax: 323.210.7329

*Counsel for Defendant Home Depot U.S.A., Inc.*

Defendant Home Depot U.S.A., Inc. ("Home Depot") respectfully moves this Court to dismiss Plaintiffs' Consolidated Class Action Complaint, Dkt. 40, in its entirety for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Home Depot relies on its Memorandum of Law in Support, which is filed contemporaneously herewith.

Respectfully submitted this 4th day of April, 2025.

/s/ *Lindsey B. Mann*
Lindsey B. Mann (GA Bar No. 431819)
lindsey.mann@troutman.com
W. Alex Smith (GA Bar No. 532647)
alex.smith@troutman.com
Samuel D. Lack (GA Bar No. 749769)
samuel.lack@troutman.com

**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St., N.E., Suite 3000
Atlanta, Georgia 30308
T: 404.885.3000
F: 404.885.3900

Matthew A. Macdonald, *pro hac vice*
matthew.macdonald@wsgr.com
Matthew K. Donohue, *pro hac vice*
mdonohue@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
T: 323.210.2900
F: 323.210.7329

*Counsel for Defendant*
*Home Depot U.S.A., Inc.*

1

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Local Rules for the United States District Court for the Northern District of Georgia, I hereby certify that the foregoing has been prepared in Times New Roman, 14-point font, as permitted by Local Rule 5.1.

This 4th day of April, 2025.

/s/ *Lindsey B. Mann*
Lindsey B. Mann
GA Bar No. 431819
lindsey.mann@troutman.com

## **CERTIFICATE OF SERVICE**

This is to certify that on April 4, 2025, I electronically filed the foregoing **DEFENDANT HOME DEPOT U.S.A., INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically serve notification of such filing to all counsel of record.

/s/ *Lindsey B. Mann*
Lindsey B. Mann
GA Bar No. 431819
lindsey.mann@troutman.com