**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ERIC BERGER, JASON LONDRIGAN, LACEY TIMMINS, KEVIN CULBERTSON, MARIA GONZALEZ, and GRACE CONDON, *individually and on behalf of all others similarly situated*,<br><br>             Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation,<br><br>             Defendant. | Civil Action<br>No. 1:24-CV-01435-VMC |

**ORDER GRANTING CONSENT MOTION TO EXTEND CERTAIN DEADLINES**

Upon consideration, the Court hereby GRANTS the Parties' Consent Motion to Extend Certain Deadlines. For good cause shown, it is hereby ORDERED that:

1. The deadline for the Parties to conduct their Rule 26(f) conference shall be 16 days after Home Depot files its Answer to Plaintiffs' Consolidated Class Action Complaint.

2. The deadline for the Parties to file their Joint Preliminary Report and Discovery Plan shall be 14 days after the Parties conduct the Rule 26(f) conference.

3. The deadline for the Parties to serve their Rule 26.1 initial disclosures shall be 14 days after the Parties conduct the Rule 26(f) conference.

SO ORDERED this __30th__ day of __April__, 2025.

_____
Victoria M. Calvert
United States District Judge