

Troutman Pepper Locke LLP
Bank of America Plaza, 600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

troutman.com

**Lindsey B. Mann**
D 404.885.2743
lindsey.mann@troutman.com

August 21, 2025

**VIA CM/ECF**

Honorable Victoria M. Calvert
Attn: Ms. Velma Shanks, Courtroom Deputy Clerk
2125 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

> Re:  *Eric Berger, et al. v. Home Depot U.S.A., Inc.*,
>      Civil Action No. 1:24-cv-01435-VMC

Dear Ms. Shanks:

Pursuant to Civil Local Rule 83.1E(5), as counsel for Defendant Home Depot U.S.A., Inc., I write to request a leave of absence for the following period when I will be out of office:

September 22-26, 2025.

Accordingly, I am requesting that this case not be calendared during this period of absence. At the present time, there are no hearings set for any of those dates.

All counsel of record are contemporaneously being provided with a copy of this letter through the Court's CM/ECF system.

Best regards,

*Lindsey B. Mann*

Lindsey B. Mann