Teresita T. Mercado (SBN: 020578) (*admitted pro hac vice*)
**BUCHALTER,**
 **A PROFESSIONAL CORPORATION**
15279 N. Scottsdale Road, Ste. 400
Scottsdale, Arizona 85254-2659
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
tmercado@buchalter.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ERIC BERGER, JASON LONDRIGAN, LACEY TIMMINS, KEVIN CULBERTSON, MARIA GONZALEZ, AND GRACE CONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation,<br><br>Defendant. | No. 1:24-cv-01435-VMC<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that I, Teresita T. Mercado, hereby withdraw as counsel for Plaintiffs in this action as I have moved my practice to Buchalter, A Professional Corporation, effective July 21, 2025. Plaintiffs remain currently represented by Marshal J. Hoda of The Hoda Law Firm, PLLC, Don Bivens of Don Bivens, PLLC, J. Cameron Tribble of The Barnes Law Group, Alexander E. Wolf of Milberg Coleman Bryson Phillips Grossman, Jonathan M. Streisfeld and Kristin Lake Cardoso of Kopelowitz Ostrow P.A., and Jonathan Shub and Samantha E. Holbrook of Shub Johns & Holbrook LLP. Accordingly, please remove me from the list of electronic filing recipients for this matter.

/ / /

/ / /

/ / /

/ / /

BN 94668340v2

DATED this 29th day of September, 2025.

**BUCHALTER, A PROFESSIONAL CORPORATION**

By: /s/ Teresita T. Mercado
    Teresita T, Mercado
    15279 N. Scottsdale Road, Ste. 400
    Scottsdale, Arizona 85254-2659
    Attorney for Plaintiffs