IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| LACEY TIMMINS, KEVIN CULBERTSON, MARIA GONZALEZ, and GRACE CONDON, *individually and on behalf of all others similarly situated*,<br><br>      Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>      Defendant. | Civil Action No. 1:24-CV-01435-VMC<br><br>**JURY TRIAL DEMANDED** |

## CONSENT MOTION TO MODIFY CERTAIN DEADLINES

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Home Depot U.S.A., Inc. ("Defendant") respectfully files this Consent Motion to Modify Certain Deadlines.  In support of this motion, Defendant states as follows:

1.     On February 5, 2025, Plaintiffs filed their Consolidated Class Action Complaint (Dkt. 40).

2.     Defendant responded to the Consolidated Class Action Complaint on April 4, 2025, by filing a Motion to Dismiss (Dkt. 43).

3.     On March 31, 2026, the Court entered an Order granting in part and denying in part Defendant's Motion to Dismiss (Dkt. 50).

4.     The deadline for Defendant to file its Answer to the Consolidated Class Action Complaint is April 14, 2026.

5.      Pursuant to the Court's April 30, 2025 Order (Dkt. 45), the deadline for the Parties to conduct their Rule 26(f) conference is 16 days after Defendant files its Answer to the Consolidated Class Action Complaint.

6.      The deadline for the Parties to file their Joint Preliminary Report and Discovery Plan is 14 days after the Parties conduct the Rule 26(f) conference.

7.      The deadline for the Parties to serve their Rule 26.1 initial disclosures is 14 days after the Parties conduct the Rule 26(f) conference.

8.      Pursuant to L.R. 26.2, the discovery period will commence 30 days after Defendant files its Answer to the Consolidated Class Action Complaint.

9.      Because of the complexity of the issues raised in the Consolidated Class Action Complaint, Defendant seeks a modification of the above deadlines.

10.     Specifically, Defendant requests that the Court enter an Order setting the following discovery deadlines:

- Deadline for Defendant to file its Answer to the Consolidated Class Action Complaint: May 14, 2026;

- Deadline to conduct the Rule 26(f) conference: April 30, 2026;

- Deadline to file the Joint Preliminary Report and Discovery Plan: May 14, 2026;

- Deadline to serve initial disclosures under Rule 26.1: May 14, 2026;

- The discovery period shall commence on May 14, 2026.

11.    Plaintiffs consent to this Motion and to the modification of the above-referenced deadlines.

12.    This is Defendant's first request for an extension of time to file its Answer to the Consolidated Class Action Complaint.

13.    Accordingly, Home Depot respectfully moves this Court for an Order granting its motion for an extension of time and setting the above deadlines.  A proposed order is attached for the Court's consideration.

Respectfully submitted this 9th day of April, 2026.

/s/ *Lindsey B. Mann*
Lindsey B. Mann (GA Bar No. 431819)
lindsey.mann@troutman.com
W. Alex Smith (GA Bar No. 532647)
alex.smith@troutman.com
Samuel D. Lack (GA Bar No. 749769)
samuel.lack@troutman.com

**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St., N.E., Suite 3000
Atlanta, Georgia 30308
T: 404.885.3000
F: 404.885.3900

Matthew A. Macdonald, *pro hac vice*
matthew.macdonald@wsgr.com
Matthew K. Donohue, *pro hac vice*
mdonohue@wsgr.com
**WILSON SONSINI
GOODRICH & ROSATI, P.C.**
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
T: 323.210.2900
F: 323.210.7329

*Counsel for Defendant
Home Depot U.S.A., Inc.*

4

**CONSENTED TO BY:**

*/s/ J. Cameron Tribble*
*(with express permission)*
J. Cameron Tribble
GA Bar No. 754759
ctribble@barneslawgroup.com
**THE BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
T: 770-227-6375

Jonathan M. Streisfeld (*pro hac vice)*
streisfeld@kolawyers.com
Kristen Lake Cardoso (*pro hac vice)*
cardoso@kolawyers.com
**KOPELOWITZ OSTROW P.A.**
1 W. Las Olas Blvd. Suite 500
Fort Lauderdale, FL 33301
T: 954-525-4100

Alexander E. Wolf (*pro hac vice*)
awolf@milberg.com
**MILBERG, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
T: 872-365-7060

Jonathan Shub (*pro hac vice*)
Samantha E. Holbrook (*pro hac vice*)
jshub@shublawyers.com
sholbrook@shublawyers.com
**SHUB JOHNS & HOLBROOK LLP**
Four Towers Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
T: 610-477-8380

Marshal J. Hoda (*pro hac vice*)
marshal@thehodalawfirm.com
**THE HODA LAW FIRM, PLLC**
12333 Sowden Road
Suite B, PMB 51811
Houston, Texas 77080
T: 832.848.0036

*Counsel for Plaintiffs*

5

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Local Rules for the United States District Court for the Northern District of Georgia, I hereby certify that the foregoing has been prepared in Times New Roman, 14-point font, as permitted by Local Rule 5.1.

This 9th day of April, 2026.

/s/ *Lindsey B. Mann*  
Lindsey B. Mann  
GA Bar No. 431819  
lindsey.mann@troutman.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 9th day of April, 2026, electronically filed the foregoing **CONSENT MOTION TO MODIFY CERTAIN DEADLINES** with the Clerk of Court using the CM/ECF system, which will automatically serve notification of such filing to all counsel of record.

/s/ *Lindsey B. Mann*  
Lindsey B. Mann  
GA Bar No. 431819  
lindsey.mann@troutman.com

6