**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LACEY TIMMINS, KEVIN CULBERTSON, MARIA GONZALEZ, and GRACE CONDON, *individually and on behalf of all others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>　　　　Defendant. | Civil Action No. 1:24-CV-01435-VMC |

**ORDER GRANTING CONSENT MOTION
TO MODIFY CERTAIN DEADLINES**

Upon consideration, the Court hereby GRANTS Defendant's Consent Motion to Modify Certain Deadlines.  For good cause shown, it is hereby ORDERED that:

1.　The deadline for Defendant to file its Answer to Plaintiffs' Consolidated Class Action Complaint (Dkt. 40) is extended through and including May 14, 2026.

2.　The deadline for the Parties to conduct their Rule 26(f) conference shall be April 30, 2026.

3.　The deadline for the Parties to file their Joint Preliminary Report and Discovery Plan shall be May 14, 2026.

4.　The deadline for the Parties to serve their Rule 26.1 initial disclosures

shall be May 14, 2026.

5.      The discovery period shall commence on May 14, 2026.

IT IS SO ORDERED this 13th day of April , 2026.

Victoria M. Calvert
United States District Judge