**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LACEY TIMMINS, KEVIN CULBERTSON, MARIA GONZALEZ, and GRACE CONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 1:24-cv-01435-VMC |

**NOTICE OF PROVIDING PLAINTIFFS'
INITIAL DISCLOSURES TO DEFENDANT**

Notice is hereby given that Plaintiffs' Initial Disclosures, pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedures, and Local Rules 5.4(A), 26.1 and 26.3(A), were provided to Defendant on May 14, 2026 via electronic mail to Defendant's counsel of record.

Respectfully submitted this 14th day of May, 2026.

**THE BARNES LAW GROUP, LLC**

*/s/ J. Cameron Tribble*
J. Cameron Tribble
Georgia Bar No. 754759
31 Atlanta Street
Marietta, GA 30060
Tel: 770-227-6375
ctribble@barneslawgroup.com

**MILBERG, PLLC**

*/s/* Alexander E. Wolf
Alexander E. Wolf *
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212

**KOPELOWITZ OSTROW P. A.**

*/s/* Jonathan M. Streisfeld
Jonathan M. Streisfeld*
Kristen Lake Cardoso*
1 W. Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301

**THE HODA LAW FIRM, PLLC**

*/s/Marshal J. Hoda*
Marshal J. Hoda*
12333 Sowden Road
Suite B, PMB 51811
Houston, TX 77080

**SHUB JOHNS & HOLBROOK LLP**

*/s/Jonathan Shub*
Jonathan Shub*
Samantha E. Holbrook*
Four Tower Bridge

200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428

*Plaintiffs' Co-Lead Counsel*

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATION OF COMPLIANCE

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman 14 point font.

**THE BARNES LAW GROUP, LLC**

*/s/ J. Cameron Tribble*
J. Cameron Tribble

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing document, to be served via the Court's CM/ECF system, which will automatically send notice of such filing to all attorneys of record.

This 14th day of May, 2026.

**THE BARNES LAW GROUP, LLC**

*/s/ J. Cameron Tribble*
J. Cameron Tribble
Georgia Bar No. 754759
BARNES LAW GROUP, LLC
31 Atlanta Street
Marietta, GA 30060
Telephone: (770) 227-6375
ctribble@barneslawgroup.com

***Plaintiffs' Co-Lead Counsel***