# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **LACEY TIMMINS, KEVIN CULBERTSON, MARIA GONZALEZ, and GRACE CONDON**, *individually and on behalf of all others similarly situated*,<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**HOME DEPOT U.S.A., INC.,**<br><br>    **Defendant.** | **Civil Action**<br>**No. 1:24-CV-01435-VMC** |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 14, 2026, a true and correct copy of Defendant Home Depot U.S.A., Inc.'s Rule 26(a)(1) Initial Disclosures were served via email upon the following individuals:

J. Cameron Tribble
ctribble@barneslawgroup.com
**THE BARNES LAW GROUP, LLC**

Jonathan M. Streisfeld (*pro hac vice)*
streisfeld@kolawyers.com
Kristen Lake Cardoso (*pro hac vice)*
cardoso@kolawyers.com
**KOPELOWITZ OSTROW P.A.**

Alexander E. Wolf (*pro hac vice*)
awolf@milberg.com
**MILBERG, PLLC**

Marshal J. Hoda (*pro hac vice*)
marshal@thehodalawfirm.com
**THE HODA LAW FIRM, PLLC**

Jonathan Shub (*pro hac vice*)
jshub@shublawyers.com
Samantha E. Holbrook (*pro hac vice*)
sholbrook@shublawyers.com
**SHUB JOHNS & HOLBROOK LLP**

Dated: May 14, 2026.

/s/ *Lindsey B. Mann*
Lindsey B. Mann (GA Bar No. 431819)
lindsey.mann@troutman.com
W. Alex Smith (GA Bar No. 532647)
alex.smith@troutman.com
Samuel D. Lack (GA Bar No. 749769)
samuel.lack@troutman.com

**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St., N.E., Suite 3000
Atlanta, Georgia 30308
T: 404.885.3000
F: 404.885.3900

Matthew A. Macdonald, *pro hac vice*
matthew.macdonald@wsgr.com
Matthew K. Donohue, *pro hac vice*
mdonohue@wsgr.com

**WILSON SONSINI
GOODRICH & ROSATI, P.C.**
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
T: 323.210.2900
F: 323.210.7329

*Counsel for Defendant*
*Home Depot U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2026, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system.

/s/ *Lindsey B. Mann*

Lindsey B. Mann
GA Bar No. 431819
lindsey.mann@troutman.com