**Exhibit A - Plaintiffs' Proposed Scheduling Order**

| Event | Deadline |
|---|---|
| Initial Disclosures | 05/14/2026 |
| Fact Discovery begins | 05/14/2026 |
| Last Day to add additional parties and/or amend pleadings | 09/11/2026 (120 days after fact discovery begins) |
| Plaintiffs' Motion for Class Certification and Plaintiffs' Class Certification Expert Report(s) | 04/22/2027 |
| Defendant's Opposition to Motion to Class Certification and Defendant's Class Certification Expert Report(s) | 06/17/2027 |
| Plaintiffs' Reply in support of Motion for Class Certification and Plaintiffs' Class Certification Rebuttal Expert Report(s) | 08/12/2027 |
| Plaintiffs propose all remaining deadlines be set at a further status conference after ruling on motion for class certification, with the parties to submit joint or competing proposals. However, should the Court wish to set fixed deadlines now, Plaintiffs propose the following: | |
| Fact discovery ends | 90 days after ruling on motion for class certification |
| Disclosure of Plaintiffs' merits expert(s) and service of Expert Report(s) | 30 days after fact discovery closes |
| Disclosure of Defendant's merits expert(s) and service of Expert Report(s) | 90 days after fact discovery closes |
| Disclosure of Plaintiffs' rebuttal merits expert(s) and service of their reports | 120 days after fact discovery closes |

| Event | Deadline |
| --- | --- |
| Expert Discovery ends | 150 days after fact discovery closes |
| Local Rule 16.3 Settlement Conference | Within 28 days of completion of expert discovery |
| Motion(s) for Summary Judgment | 90 days after completion of expert discovery |
| Submit Pretrial Order and file *Daubert* motions | 60 days after ruling on motion(s) for summary judgment |
| Oppositions to *Daubert* Motions | 30 days after *Daubert* Motions are filed |
| Replies in Support of *Daubert* Motions | 15 days after *Daubert* Motions are filed |