**Exhibit B – Defendant's Proposed Scheduling Order**

| Event | Deadline |
| --- | --- |
| Initial Disclosures | 05/14/2026 |
| Fact Discovery begins | 05/14/2026 |
| Last Day to add additional parties and/or amend pleadings | 09/11/2026<br><br>(120 days after fact discovery begins) |
| Close of Fact Discovery | 07/16/2027 |
| Plaintiffs' Expert Disclosures | 08/27/2027 |
| Defendant's Expert Disclosures | 10/29/2027 |
| Plaintiffs' Rebuttal Expert Disclosures (if permitted by law) | 12/31/2027 |
| Close of Expert Discovery | 02/11/2028 |
| Plaintiffs' Motion for Class Certification | 03/10/2028 |
| Defendant's Opposition to Motion to Class Certification | 04/21/2028 |
| Plaintiffs' Reply in support of Motion for Class Certification | 05/19/2028 |
| Dispositive Motions | No later than 60 days after the Court's order on Plaintiffs' Motion for Class Certification |
| Oppositions to Dispositive Motions | 45 days after Dispositive Motions are filed |
| Replies in Support of Dispositive Motions | 30 days after Oppositions to Dispositive Motion are filed |

2

| Event | Deadline |
|---|---|
| *Daubert* Motions | No later than 60 days after the Court's order on Plaintiffs' Motion for Class Certifications or the Court's order resolving all Dispositive Motions, whichever is later |
| Oppositions to *Daubert* Motions | 45 days after *Daubert* Motions are filed |
| Replies in Support of *Daubert* Motions | 30 days after Oppositions to *Daubert* Motions are filed |
| Deadline for Parties to Engage in Mediation | Within 30 days after the Court issues an Order on dispositive motions |

2