# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

LACEY TIMMINS, KEVIN
CULBERTSON, MARIA
GONZALEZ, and GRACE CONDON,
individually and on behalf of all others
similarly situated,

          Plaintiffs,

vs.

HOME DEPOT U.S.A., INC., a
Delaware corporation,

          Defendant.

Civil Action No.
1:24-cv-01435-VMC

## ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties (Doc. 56), the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as modified herein. *See* Exhibit A (Defendant's Proposed Scheduling Order).

IT IS SO ORDERED, this 21st day of May, 2026.

Victoria M. Calvert
United States District Judge

28

**Exhibit A – Defendant's Proposed Scheduling Order**

| Event | Deadline |
|---|---|
| Initial Disclosures | 05/14/2026 |
| Fact Discovery begins | 05/14/2026 |
| Last Day to add additional parties and/or amend pleadings | 09/11/2026 <br><br> (120 days after fact discovery begins) |
| Close of Fact Discovery | 07/16/2027 |
| Plaintiffs' Expert Disclosures | 08/27/2027 |
| Defendant's Expert Disclosures | 10/29/2027 |
| Plaintiffs' Rebuttal Expert Disclosures (if permitted by law) | 12/31/2027 |
| Close of Expert Discovery | 02/11/2028 |
| Plaintiffs' Motion for Class Certification | 03/10/2028 |
| Defendant's Opposition to Motion to Class Certification | 04/21/2028 |
| Plaintiffs' Reply in support of Motion for Class Certification | 05/19/2028 |
| Dispositive Motions | No later than 60 days after the Court's order on Plaintiffs' Motion for Class Certification |
| Oppositions to Dispositive Motions | 45 days after Dispositive Motions are filed |
| Replies in Support of Dispositive Motions | 30 days after Oppositions to Dispositive Motion are filed |

| **Event** | **Deadline** |
| --- | --- |
| *Daubert* Motions | No later than 60 days after the Court's order on Plaintiffs' Motion for Class Certifications or the Court's order resolving all Dispositive Motions, whichever is later |
| Oppositions to *Daubert* Motions | 45 days after *Daubert* Motions are filed |
| Replies in Support of *Daubert* Motions | 30 days after Oppositions to *Daubert* Motions are filed |
| Deadline for Parties to Engage in Mediation | Within 30 days after the Court issues an Order on dispositive motions |

2