# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

LACEY TIMMINS, KEVIN
CULBERTSON, MARIA
GONZALEZ, and GRACE CONDON,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

vs.

HOME DEPOT U.S.A., INC., a
Delaware corporation,

        Defendant.

Civil Action No. 1:24-cv-01435-VMC

## CERTIFICATE OF SERVICE – PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT HOME DEPOT U.S.A., INC.

Notice is hereby given that the following documents pursuant to Rules 26, 33, and 34 of the Federal Rules of Procedures, and Local Rules 5.4(A) and 26.3(A), were served upon Defendant on May 22, 2026 via electronic mail to Defendant's counsel of record:

- **PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT HOME DEPOT U.S.A., INC.;**

- **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT HOME DEPOT U.S.A., INC.**

[*Signature to follow on next page*]

Respectfully submitted this 26th day of May, 2026.

**THE BARNES LAW GROUP, LLC**

*/s/ J. Cameron Tribble*
J. Cameron Tribble
Georgia Bar No. 754759
31 Atlanta Street
Marietta, GA 30060
Tel: 770-227-6375
ctribble@barneslawgroup.com

**MILBERG, PLLC**

*/s/* Alexander E. Wolf
Alexander E. Wolf *
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212

**KOPELOWITZ OSTROW P. A.**

*/s/* Jonathan M. Streisfeld
Jonathan M. Streisfeld*
Kristen Lake Cardoso*
1 W. Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301

**THE HODA LAW FIRM, PLLC**

*/s/Marshal J. Hoda*
Marshal J. Hoda*
12333 Sowden Road
Suite B, PMB 51811
Houston, TX 77080

**SHUB JOHNS & HOLBROOK LLP**

*/s/Jonathan Shub*
Jonathan Shub*
Samantha E. Holbrook*
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428

**Co-Plaintiffs' Counsel**

*admitted *pro hac vice*

## CERTIFICATION OF COMPLIANCE

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman 14 point font.

**THE BARNES LAW GROUP, LLC**

*/s/ J. Cameron Tribble*
J. Cameron Tribble

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing document, to be served via the Court's CM/ECF system, which will automatically send notice of such filing to all attorneys of record.

This 26th day of May, 2026.

**THE BARNES LAW GROUP, LLC**

*/s/ J. Cameron Tribble*
J. Cameron Tribble
Georgia Bar No. 754759
BARNES LAW GROUP, LLC
31 Atlanta Street
Marietta, GA 30060
Telephone: (770) 227-6375
ctribble@barneslawgroup.com

*Co-Plaintiffs' Counsel*