**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LACEY TIMMINS, KEVIN CULBERTSON, MARIA GONZALEZ, and GRACE CONDON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | Civil Action No.:<br><br>1:24-CV-01435-VMC |

## NOTICE OF APPEARANCE

Notice is hereby given that Matthew J. Washnock of the law firm King & Spalding LLP is entering an appearance as Counsel for Home Depot U.S.A., Inc. in the above-styled action. The undersigned respectfully requests to be added to the CM/ECF system with respect to this action, and that copies of all motions, pleadings, notices, orders, and other documents filed in this action be transmitted to him.

Dated: July 24, 2026.

/s/ Matthew J. Washnock
Matthew J. Washnock
Georgia Bar No. 272621
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile:  (404) 572-5100
mwashnock@kslaw.com

*Counsel for Defendant*

## <u>LOCAL RULE 7.1 COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1(B).

<u>/s/ Matthew J. Washnock</u>
Matthew J. Washnock
Georgia Bar No. 272621

*Counsel for Defendant*

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this day a copy of the foregoing was

filed with the Court's CM/ECF system, which will serve all counsel of record.

This 24th day of July 2026.

*/s/ Matthew J. Washnock*
Matthew J. Washnock
Georgia Bar No. 272621

*Counsel for Defendant*
