# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

LACEY TIMMINS, *et al.*,

      **Plaintiffs,**

v.

HOME DEPOT U.S.A., INC.,

      **Defendant.**

Civil Action
No. 1:24-CV-01435-VMC

## CERTIFICATE OF SERVICE

I hereby certify that, on August 5, 2026, a true and correct copy of *Defendant Home Depot U.S.A., Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories* and *Defendant Home Depot U.S.A., Inc.'s Responses and Objections to Plaintiffs' First Set of Requests for Production* were served via email upon the following individuals:

J. Cameron Tribble
ctribble@barneslawgroup.com
**THE BARNES LAW GROUP, LLC**

Marshal J. Hoda (*pro hac vice*)
marshal@thehodalawfirm.com
**THE HODA LAW FIRM, PLLC**

Jonathan M. Streisfeld (*pro hac vice*)
streisfeld@kolawyers.com
Kristen Lake Cardoso (*pro hac vice*)
cardoso@kolawyers.com
**KOPELOWITZ OSTROW P.A.**

Jonathan Shub (*pro hac vice*)
jshub@shublawyers.com
Samantha E. Holbrook (*pro hac vice*)
sholbrook@shublawyers.com
**SHUB JOHNS & HOLBROOK LLP**

Alexander E. Wolf (*pro hac vice*)
awolf@milberg.com
**MILBERG, PLLC**

Dated: August 6, 2026.

/s/ *Lindsey B. Mann*
Lindsey B. Mann (GA Bar No. 431819)
lindsey.mann@troutman.com
W. Alex Smith (GA Bar No. 532647)
alex.smith@troutman.com
Samuel D. Lack (GA Bar No. 749769)
samuel.lack@troutman.com
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St., N.E., Suite 3000
Atlanta, Georgia 30308
T: 404.885.3000
F: 404.885.3900

Matthew A. Macdonald, *pro hac vice*
matthew.macdonald@wsgr.com
Matthew K. Donohue, *pro hac vice*
mdonohue@wsgr.com
**WILSON SONSINI
GOODRICH & ROSATI, P.C.**
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
T: 323.210.2900
F: 323.210.7329

William P. Barnette (GA Bar No. 359833)
wbarnette@kslaw.com
Matthew J. Washnock (GA Bar No. 272621)
mwashnock@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree St., N.E.
Atlanta, GA 30309
T: 404.572.4600
F: 404.572.5100

***Counsel for Defendant
Home Depot U.S.A., Inc.***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of August, 2026, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system.

/s/ *Lindsey B. Mann*

Lindsey B. Mann
GA Bar No. 431819
lindsey.mann@troutman.com