# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| ERIC BERGER, JASON LONDRIGAN, LACEY TIMMINS, KEVIN CULBERTSON, MARIA GONZALEZ, and GRACE CONDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:24-cv-01435-VMC |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER**

Before the Court is Plaintiffs' Motion to Modify Scheduling Order (the "Motion," Doc. ___). The Court has considered the Motion and the record.

For good cause shown, the Motion is GRANTED. The deadline for the Parties to add parties or amend the pleadings is extended to November 10, 2026. All other deadlines in the Scheduling Order (Doc. 57) remain in effect.

IT IS SO ORDERED, this __ day of __________, 2026.

______________________________
Victoria M. Calvert
United States District Judge